Tory M. Pankopf (SBN 7477)
**TORY M. PANKOPF LTD.**
748 S. Meadows Pkwy, Suite 244
Reno, Nevada  89521
Telephone: (775) 413-4242
Attorney for Plaintiff,
ROBERT MENZER

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT MENZER,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>U.S. BANK, N.A., as Trustee for Residential Funding Mortgage Securities I, Inc., Mortgage Pass-Through Certificates, Series 2005-SA5; and RESIDENTIAL FUNDING MORTGAGE SECURITIES I, INC., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-SA5,<br><br>　　　　　　Defendants. | CASE NO:  3:23-cv-00299-MMD-CLB<br><br>**APPLICATION FOR 1-DAY EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS COMPLAINT**<br><br>**SECOND REQUEST**<br><br>Local Rule -6-1 |

　　　　Plaintiff, Robert Menzer, pursuant to Local Rule 6-1, moves this Court for an order extending the time to file his response to defendants, motion to dismiss the complaint. Plaintiff's response is due Today, August 25, 2023. Plaintiff respectfully requests a 1-day extension to file his response on Monday, August 28, 2023

Law Offices of
**Tory M. Pankopf Ltd.**
748 S Meadows Parkway
Suite 244
Reno, Nevada  89521
(775) 413-4242

- 1 -
APPLICATION FOR EXTENSION OF TIME AND ORDER

1      Counsel has been working diligently to finalize plaintiff's response by today.  The

2  response is almost completed but counsel is unable to finalize it by the end of today because he

3  is experiencing a severe headache and needs to lay down. Counsel needs just one more day to

4  finalize the response.

5      As such, Plaintiff respectfully request a one-day (1-day) extension to Monday, August

6  25, 2023.

7  Dated: August 25, 2023

8

9                            s/Tory M Pankopf

10                            Tory M Pankopf
                          Attorney for Plaintiff

11

12      Plaintiff's request for a 1-day extension of time to file his response on Monday, August 28

13  2023.

14

15                    **IT IS SO ORDERED.**

16

17  DATED this __28th__ day of August 2023.

18

19

20                          UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

Law Offices of
**Tory M. Pankopf Ltd.**
748 S Meadows Parkway
Suite 244
Reno, Nevada 89521
(775) 413-4242

APPLICATION FOR EXTENSION OF TIME AND ORDER